```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**COURTLAND TATUM**                                    **CIVIL ACTION**

**VERSUS**                                             **NO. 11-1118**

**ART CATERING, INC. AND ED RAYMOND, JR.**             **SECTION "N" (5)**

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that these actions be and are hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 9th day of August, 2012.

```
                              _____
                                   KURT D. ENGELHARDT
                              UNITED STATES DISTRICT JUDGE
```